# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

## WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| **DR. DALSUKH MADIA,** ) | |
| ) | Case No. 3:20-cv-00593-JGC |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge James G. Carr |
| ) | |
| **ELITE AEROSPACE GROUP, INC.;** ) | |
| **DUSTIN TILLMAN, AND ZEESHAWN** ) | |
| **ZIA,** ) | |
| ) | |
| Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGEMENT

This cause comes before the Court on Plaintiff Dr. Dalsukh Madia's Motion for Default Judgment. This Court has considered the Motion and all other relevant factors and it is hereby:

**ORDERED AND ADJUGED** that Plaintiff Dr. Dalsukh Madia's Motion is **GRANTED**. Default Judgment is entered in favor of the Plaintiff and against Defendants Elite Aerospace Group, Inc., Dustin Tillman, and Zeeshawn Zia as to all claims in the Complaint and in the amount of $1,662,500.00 plus additional interest that accrues prior to the date of payment; the cost of litigation and attorneys' fees in the amount of $20,774.50; and such other fees and costs incurred from the date of the entry of judgment on this Motion. The Plaintiff is granted leave to file a supplement affidavit to state interest, attorneys' fees, and costs incurred through the date of judgment.

**IT IS SO ORDERED.**

s/James G. Carr
Sr. U.S. District Judge